

PREMINARY DOUCMENT

**DOC #** _____

**11 CIV 6187**

**CHIKEZIE OTTAH**

V

**VERIFONE SYSTEM, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
NEW YORK
500 PEARL STREET, RM 230
NEW YORK, NY 10007

**BELOW YOU WILL FIND ATTACHED DOCUMENTS IN SUPPORT OF MY CLAIMS**

- 01. COMPLAINT DOUCUMENT           4 PAGES
- 02. WAIVER OF SERVICE OF SUMMONS   2 PAGES
- 03. NOTICE OF LAWSUIT AND REQUST FOR WAIVER OF SERVICE OF SUMMONS
- 04. A RETURN ENVELOPE
- 05. VERIFONE MOBILE AUDIO/VIDEO, TV HOLDER.  3 PAGES
- 06. A COPY OF PATENT # US 7,152, 840
- 07. A COPY OF PATENT # AU 2003231638
- 08. LETTER (S) INFORMING VERIFONE OF MY PATENT INFRINGEMENT & REPLY
- 09. AFFIRMATION OF SERVICE          1 PAGE

JUDGE BERMAN

PREMINARY DOUCMENT    DOC # _____

11 CIV 6187

**CHIKEZIE OTTAH**

V

**VERIFONE SYSTEM, INC.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
NEW YORK
500 PEARL STREET, RM 230
NEW YORK, NY 10007

**BELOW YOU WILL FIND ATTACHED DOCUMENTS IN SUPPORT OF MY CLAIMS**

01. COMPLAINT DOUCUMENT            4 PAGES
02. WAIVER OF SERVICE OF SUMMONS   2 PAGES
03. NOTICE OF LAWSUIT AND REQUST FOR WAIVER OF SERVICE OF SUMMONS
04. A RETURN ENVELOPE
05. VERIFONE MOBILE AUDIO/VIDEO, TV HOLDER.  3 PAGES
06. A COPY OF PATENT # US 7,152, 840
07. A COPY OF PATENT # AU 2003231638
08. LETTER (S) INFORMING VERIFONE OF MY PATENT INFRINGEMENT & REPLY
09. AFFIRMATION OF SERVICE            1 PAGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____CHIKEZIE OTTAH_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____VERIFONE SYSTEM INC_____

_____

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  __CHIKEZIE OTTAH__
Street Address  __1035 CLARKSON AVENUE, SUITE 5A__
County, City  __BROOKLYN__
State & Zip Code  __NEW YORK, 11212__
Telephone Number  __718 581 4539__

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

NUMBER 01,   PAGE 1 OF 4

*Rev. 05/2010*

Defendant No. 1   Name _____VERIFONE SYSTEM INC_____
                  Street Address __2099 GATEWAY PLACE, SUITE 600__
                  County, City __SAN JOSE, CA__
                  State & Zip Code __CALIFORNIA, 95110__
                  Telephone Number __(408) 232-7800 / FAX 408 232 7841__

Defendant No. 2   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     ☐ Federal Questions          ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ____PATENT INFRIGEMENT____
     _____
     _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
     Plaintiff(s) state(s) of citizenship ____NEW YORK STATE (NYS)____
     Defendant(s) state(s) of citizenship ____CALIFORNIA, (CA)____

Rev. 05/2010                    NUMBER 01, PAGE 2 OF 4

AO 398 (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO: (A) _MR ALBERT LIU_

as (B) _VICE PRESIDENT_ of (C) _VERIFONE_

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the
(D) _____Southern_____ District of _____New York_____
and has been assigned docket number _____(E)_____.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver
within (F) _7_____ days after the date designated below as the date on which this Notice and
is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this _2nd_ day of _JAHH SEPT, 2011_.

_____
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

PAGE 3

#04

From: Verifone System Inc
c/o M/Brett Liu, Senior Vice President
2099 Gateway Place, Suite 600
San Jose, CA 95110

To: Chidozie Ottah
1035 Clarkson Avenue, Suite 5H
Brooklyn, New York, 11212 USA

Numbtin 04


## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. INFRINGEMENT HAVE COST ME AND PARTNERS CONTRACTS AND SIGNED INVESTMENTS CAPITALS, MANY BIG URBAN/METROPOLITAN CENTERS HAVE AWARDED MULTI BILLION DOLLARS CONTRACTS TO VERIFONE SYSTEM INC AND ITS AFFILIATE TO DESIGN AND EQUIP THEIR CITIES TAXI WITH THE NEW AUDIO/VIDEO TECHNOLOGIES.

THIS NEW AND IMPROVED AUDIO/VIDEO (HDTV 720P) HAVE CAPABILITIES OF A COMPUTER, OR NOTE BOOK, A MOBILE HD TV CAN BROWSE, YAHOO, GOOGLE AND AMERICANS ON LINE, TWITTER, E-MAIL, FACE BOOK, ENTERTAINMENT LIKE, WII, SONY PLAY STATION, SHARE PICTURES VIA SKYPE. MY PARTNERS AND ME ARE ASKING DEMANDING $71 MILLION IN PATENT INFRINGEMENT.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2 day of SEPT. , 20 11.

Signature of Plaintiff  Offat

Mailing Address  1035 Clarkson Avenue Suite 5A, Brooklyn New York, 11212

Telephone Number  718 581 4535

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

NUMBER 01, PAGE 4 of 4

*Rev. 05/2010*



NUMBER 05
PAGES 1 TO 3