UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH, | CASE NO. 1:11-CV-06187-RMB |
| PLAINTIFF, | [JUDGE RICHARD M. BERMAN] |
| VS. | |
| VERIFONE SYSTEMS, INC., | **DECLARATION OF COSMIN MAIER** |
| DEFENDANT. | |

I, Cosmin Maier, hereby declare as follows:

1. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendant VeriFone Systems, Inc.

2. Attached as Exhibit 1 is a true and accurate copy of a document purporting to be an Amended Complaint from Plaintiff Chikezie Ottah in the above-captioned case. The final page appears to be an Affirmation of Service dated November 15, 2011.

3. As of the date of this declaration, the Amended Complaint does not appear on the electronic docket for the above-captioned case.

I declare that the foregoing is true and correct.

Dated:  December 2, 2011
    
*/s/ Cosmin Maier*
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-230-8816