UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **CHIKEZIE OTTAH,** | : | CASE NO. 1:11-CV-06187-RMB |
| | : | |
| PLAINTIFF, | : | [JUDGE RICHARD M. BERMAN] |
| | : | |
| vs. | : | |
| | : | **CERTIFICATE OF SERVICE** |
| **VERIFONE SYSTEMS, INC.,** | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |

I, Cosmin Maier, hereby declare as follows:

1. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendant VeriFone Systems, Inc.

2. I hereby certify that, on December 2, 2011, a copy of Defendant's Answer to Amended Complaint, the Declaration of Cosmin Maier, and the exhibit thereto, were served by overnight mail on Plaintiff at the address below:

> Chikezie Ottah
> 1035 Clarkson Avenue
> Suite 5A
> Brooklyn, New York 11212
> *Plaintiff, pro se*

I declare that the foregoing is true and correct.

Dated: December 2, 2011

                                               */s/ Cosmin Maier*
                                               Cosmin Maier
                                               Wilmer Cutler Pickering Hale and Dorr LLP
                                               399 Park Avenue
                                               New York, New York 10022
                                               212-230-8816