UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH, | ) |
| | ) |
| Plaintiff, | ) **MOTION FOR ADMISSION PRO HAC** |
| | ) **VICE** |
| v. | ) |
| | ) Case No. 11-cv-06187-RMB |
| VERIFONE SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Owen W. Dukelow, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for VeriFone Systems, Inc. in the above-captioned action.

I am in good standing of the bars of the states of Oregon, Washington and California and there are no pending disciplinary proceedings against me in any state or federal court.

DATED this 30th day of November, 2011.

Respectfully submitted,

By /s/ Owen W. Dukelow
Owen W. Dukelow
KOLISCH HARTWELL, P.C.
520 S.W. Yamhill Street, Suite 200
Portland, Oregon  97204
Telephone:  (503) 224-6655
Facsimile:  (503) 295-6679
E-mail: owen@khpatent.com

*Attorney for Defendant VeriFone Systems, Inc.*

1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIKEZIE OTTAH, | ) |
| | ) |
| Plaintiff, | ) **ORDER FOR ADMISSION PRO HAC** |
| | ) **VICE** |
| v. | ) |
| | ) Case No. 11-cv-06187-RMB |
| VERIFONE SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

The motion of Owen W. Dukelow, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Oregon, Washington and California; and that his contact information is as follows:

Owen W. Dukelow
KOLISCH HARTWELL, P.C.
520 S.W. Yamhill Street, Suite 200
Portland, Oregon 97204
(503) 224-6655
E-mail: owen@khpatent.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for VeriFone Systems, Inc. in the above entitled actions;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

DATED: _____

                                        Judge Richard M. Berman
                                        United States District Court Judge

# Oregon State Bar

## CERTIFICATE

State of Oregon          )
                         )  ss.
County of Washington     )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### OWEN W. DUKELOW

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 4, 1996.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Dukelow is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 3rd day of November, 2011.

OSB

_____
Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO.29230 |
| OF | ) | **CERTIFICATE OF GOOD STANDING** |
| OWEN W. DUKELOW | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

OWEN W. DUKELOW

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 11, 1999, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 7th day of November, 2011.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *OWEN WARNER DUKELOW*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* OWEN WARNER DUKELOW *was on the 20th day of July, 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 7th day of November, 2011.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____

*Jamie Radoc, Deputy Clerk*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2011, that a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was served by the method indicated below on the following persons:

| | |
|---|---|
| CHIKEZIE OTTAH<br>E-mail: eddyottah@yahoo.com<br>1035 Clarkson Avenue, No. 5A<br>Brooklyn, New York  11212<br>Telephone: (718) 581-4539<br><br>*Plaintiff (Pro Se)* | ( X )  First-Class Mail<br>(   )  Hand-Delivery<br>(   )  Overnight Courier<br>(   )  Facsimile<br>( X )  E-mail<br>(   )  CM/ECF |

By ___C. Maier___
Cosmin Maier
*Attorney for Defendant VeriFone Systems, Inc.*