UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/7/2012

CHIKEZIE OJIAH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/12

1:11 Civ. 06187 (RMB)(B)

NOTICE OF MOTION
TO AMEND

- against -

VERIFONE SYSTEM, INC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the annexed affirmation of CHIKEZIE OJIAH
                                                         *(name)*
affirmed on FEB. _____, 20___, and upon the exhibits attached thereto *(delete if no
            *(date)*
exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no

Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
                                                              *(circle one)*
Hon. Richard M. Berman United States District/Magistrate Judge, for an order
   *(Judge's name)*                              *(circle one)*
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the
Judge to order)*: TO AND PLEAD THAT THE JUDGE ADMITT
THE AMENDED COMPLAINT AND THE EXIBITS

I declare under penalty of perjury that the foregoing is true and correct.

Dated: NEW YORK CITY, N.Y.S        Signature  Ojiah
       *(city)*        *(state)*   Address 1035 CLARKSON AVENUE, SUITE
       02      06, 2012             5TH. BROOKLYN, NEW YORK 11212
       *(month)* *(day)* *(year)*   Telephone Number 718-581-4525
                                    Fax Number *(if you have one)* _____

Defendant to respond with
any objections by 2/24/12.

Rev. 05/2010
SO ORDERED:
Date: 2/17/12   Richard M. Berman
                Richard M. Berman, U.S.D.J.

NUMBER 01
PAGE 1 OF 1

RECEIVED FEB 07 2012 PRO SE OFFICE