# MEMO ENDORSED



March 1, 2012

Hon. Richard M. Berman
United States District Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Chikezie Ottah v. VeriFone Systems, Inc.*, Case No. 1:11-cv-06187-RMB (S.D.N.Y.)

Dear Judge Berman:

Pursuant to Rule 1(E) of Your Honor's Individual Practices, the parties in the above-captioned matter jointly request (1) a two week adjournment of the Settlement Conference, and (2) a two week extension of the discovery deadline, both of which are currently scheduled for March 5, 2012. This extension would reset the discovery deadline and the Settlement Conference to March 19, 2012.

There have been no previous requests for adjournment or extension, and these are the only dates currently on the schedule that will be affected. Mr. Ottah has consented to VeriFone submitting this letter on his behalf.

The parties intend to use the time to discuss a potential settlement. In addition, Mr. Ottah filed a motion to amend his complaint on February 7. VeriFone did not, and does not, oppose. Should Your Honor grant Mr. Ottah's motion, this two week extension will allow VeriFone to provide an answer within the discovery period.

> Plaintiff's motion to amend [#17] is granted on consent. The discovery deadline is extended to 3/19/12. The settlement conference on 3/5/12 is adjourned to 3/19/12 at 9:30 a.m.
>
> SO ORDERED:
> Date: 3/1/12
> Richard M. Berman, U.S.D.J.

Respectfully submitted,

Cosmin Maier

Attorney for Defendant VeriFone Systems, Inc.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing  Berlin  Boston  Brussels  Frankfurt  London  Los Angeles  New York  Oxford  Palo Alto  Waltham  Washington

ACTIVEUS 91529544v1

**WILMERHALE**

Hon. Richard M. Berman
March 1, 2012
Page 2


Cc:   Chikezie Ottah
      1035 Clarkson Ave, Suite 5A
      Brooklyn, NY 11212
      Plaintiff *Pro Se*

      Owen W. Dukelow
      Kolisch Hartwell, P.C.
      520 S.W. Yamhill Street
      Portland, OR 97204
      Attorney for Defendant VeriFone Systems, Inc.
      Admitted *Pro Hac Vice*

ACTIVEUS 91529544v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Chikezie Ottah Plaintiff(s),

- v -

VeriFone Systems, Inc. Defendant(s).
-----------------------------------------------------------X

Case Management Plan

1:11 CV 06187 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by ___12/1/2011___

(ii)  Amend the pleadings by ___3/1/2012___

(iii) All discovery to be expeditiously completed by ___3/19/2012___

(iv)  Consent to Proceed before Magistrate Judge ___No___

(v)   Status of settlement discussions ___3/19/2012 @ 9:30 a.m. with principals.___

Sections vi through xi will be set at conference with the Court.

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

SO ORDERED: New York, New York

_____
Hon. Richard M. Berman, U.S.D.J.