

**RECEIVED** MAR 15 2012 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**ORIGINAL**

# WILMERHALE

March 15, 2012

**Cosmin Maier**

+1 212 230 8816(t)
+1 212 230 8888(f)
cosmin.maier@wilmerhale.com

Hon. Richard M. Berman
United States District Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Chikezie Ottah v. VeriFone Systems, Inc.*, Case No. 1:11-cv-06187-RMB (S.D.N.Y.)

Dear Judge Berman:

Defendant VeriFone Systems, Inc. ("VeriFone") respectfully requests permission for its counsel, Owen W. Dukelow, and its corporate representative, Vikram Varma, to participate in the March 19 settlement conference by telephone. Mr. Dukelow is based in Portland, OR and Mr. Varma is based in San Jose, CA. Mssrs. Dukelow and Varma can effectively participate in the conference by telephone, and VeriFone seeks to avoid the cost and burden of having them travel to New York. I will be present on behalf of VeriFone in person.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/12

Respectfully submitted,

C. Maier

Cosmin Maier

Attorney for Defendant VeriFone Systems, Inc.

Cc:  Chikezie Ottah
     1035 Clarkson Ave, Suite 5A
     Brooklyn, NY 11212
     Plaintiff *Pro Se*

     Owen W. Dukelow
     Kolisch Hartwell, P.C.
     520 S.W. Yamhill Street
     Portland, OR 97204
     Attorney for Defendant VeriFone Systems
     Admitted *Pro Hac Vice*

Application granted.

**SO ORDERED:**
Date: 3/16/12

Richard M. Berman
Richard M. Berman, U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington