UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **CHIKEZIE OTTAH,** | : | **CASE NO. 1:11-cv-06187-RMB** |
| | : | |
| Plaintiff, | : | [Judge Richard M. Berman] |
| | : | |
| vs. | : | |
| | : | **CERTIFICATE OF SERVICE** |
| **VERIFONE SYSTEMS, INC.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

I, Cosmin Maier, hereby declare as follows:

1. I am an associate of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendant VeriFone Systems, Inc..

2. I hereby certify that, on April 20, 2012, a copy of Defendant VeriFone Systems, Inc.'s Notice of Motion for Summary Judgment, the accompanying Memorandum In Support Of Defendant's Motion for Summary Judgment, the Statement of Material Facts on Motion for Summary Judgment, the Declaration of Owen W. Dukelow and exhibit thereto, the Declaration of Avi Itzhakov, the Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment, the full text of Fed. R. Civ. P. 56, and the full text of Local Civl Rule 56.1 were served by overnight mail on Plaintiff at the address below:

> Chikezie Ottah
> 1035 Clarkson Avenue
> Suite 5A
> Brooklyn, New York 11212
> *Plaintiff, pro se*

I declare that the foregoing is true and correct.

- 2 -

Dated:  April 20, 2012
/s/ Cosmin Maier
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-230-8816

-2-