UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHIKEZIE OTTAH,** | : CASE NO. 1:11-CV-06187-RMB |
| PLAINTIFF, | : [JUDGE RICHARD M. BERMAN] |
| VS. | : |
| **VERIFONE SYSTEMS, INC.,** | : **DECLARATION OF COSMIN MAIER** |
| DEFENDANT. | : |

I, Cosmin Maier, hereby declare as follows:

1. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendant VeriFone Systems, Inc.

2. Attached as Exhibit 1 is a true and accurate copy of U.S. Patent No. 7,152,840 to Ottah et al., titled "Book Holder," issued December 26, 2006.

3. Attached as Exhibit 2 is a true and accurate copy of the Prosecution History of U.S. Patent No. 7,152,840 available from the United States Patent and Trademark Office Public Pair website at http://portal.uspto.gov/external/portal/pair.

4. Attached as Exhibit 3 is a true and accurate copy of a Decision and Order Granting Defendant's Motion for Summary Judgment in the case *Ottah v. First Mobile Technologies*, 10-cv-7296-CM [Dkt. No. 49].

I declare that the foregoing is true and correct.

Dated: June 4, 2012

_/s/ Cosmin Maier_____
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-230-8816