## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHIKEZIE OTTAH, | : | CASE NO. 1:11-CV-06187-RMB |
| | : | |
| PLAINTIFF, | : | [JUDGE RICHARD M. BERMAN] |
| | : | |
| VS. | : | |
| | : | CERTIFICATE OF SERVICE |
| VERIFONE SYSTEMS, INC., | : | |
| | : | |
| DEFENDANT. | : | |
| | : | |

I, Cosmin Maier, hereby declare as follows:

1.     I am an associate of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

attorneys for Defendant VeriFone Systems, Inc..

2.     I hereby certify that, on June 4, 2012, a copy of Defendant VeriFone Systems,

Inc.'s Reply in support of its Motion for Summary Judgment and the Declaration of Cosmin

Maier (and exhibits attached thereto) were served by overnight mail on Plaintiff at the

address below:

> Chikezie Ottah
> 1035 Clarkson Avenue
> Suite 5A
> Brooklyn, New York 11212
> *Plaintiff, pro se*

I declare that the foregoing is true and correct.

Dated:  June 4, 2012

*/s/ Cosmin Maier*_____
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
212-230-8816