United States District Court
Southern District of New York

---

CHIKEZIE OTTAH

                Plaintiff,        Case No.: 11-cv-6187-RMB

v.

VERIFONE SYSTEMS, INC.,

                Defendant.

---

## CERTIFICATE OF SERVICE

I, Saverino Mercadante, hereby certify that on July 11, 2012, a true and correct copy of the attached Notice of Change of Address was served by overnight mail on:

Chikezie Ottah
648 Dorothea Lane
Elmont, NY 11003

Dated: July 11, 2012

                                                              _____
                                                              Saverino Mercadante

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

CHIKEZIE OTTAH            Plaintiff,         Case No.  11cv6187

   -against-

VERIFONE SYSTEMS, INC.    Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

COSMIN MAIER
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CM7037      My State Bar Number is 4632204

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS:  399 PARK AVENUE, NEW YORK, NEW YORK 10022
            FIRM TELEPHONE NUMBER:  212-230-8800
            FIRM FAX NUMBER:  212-230-8888

NEW FIRM:   FIRM NAME:  WILMER CUTLER PICKERING HALE AND DORR LLP
            FIRM ADDRESS:  7 WTC, 250 GREENWICH STREET, NY, NY 10007
            FIRM TELEPHONE NUMBER:  212-230-8818
            FIRM FAX NUMBER:  212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  7/11/2012                 /S/ COSMIN MAIER
                                  _____
                                  ATTORNEY'S SIGNATURE