USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                Plaintiff,

-against-

VERIFONE SYSTEMS, INC.,
                Defendant.
-----------------------------------------------------------X

11 **CIVIL** 6187 (RMB)

**JUDGMENT**

Verifone Systems, Inc. ("Verifone") having moved for summary judgment, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on October 10, 2012, having rendered its Opinion and Order granting Verifone's motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 10, 2012, Verifone's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
        October 11, 2012

                                            **RUBY J. KRAJICK**

                                            Clerk of Court

                    **BY:**

                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____