UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIKEZIE OTTAH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

VERIFONE SYSTEMS, INC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 Civ. 6187(R)(mB)

**NOTICE OF APPEAL
IN A CIVIL CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 07 2012

Notice is hereby given that CHIKEZIE OTTAH
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment ORDERED, ADJUDGED AND DECREED: THAT FOR THE REASONS
*(describe the judgment)*

STATED IN THIS COURT'S OPINION AND ORDER DATED 10, OCT. 2012, VERIFONE'S MOTION FOR SUMMARY JUDGMENT IS GRANTED DOCUMENT # 41

entered in this action on the 7th day of November, 2012.
*(date)* *(month)* *(year)*

Signature (Ottah)

648 Dorothea Lane.
*Address*

Elmont, N.Y. 11003
*City, State & Zip Code*

DATED: Nov. 7, 2012

(718) 581-4539
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): _____     Caption [use short title] _____

Motion for: **MOTION OF APPEAL**

Set forth below precise, complete statement of relief sought: THE ENTIRE INVENTION WAS DEFINED, ILLUSTRATED OR CONSTRUCTED, DEMONSTRATED FROM PARAGRAPH TO PARAGRAPH BY A CLAIMED DRAWING PART AND A WRITTEN CLAIM PART. THE CLAIMED DRAWING AND WRITTEN PART WAS ACCEPTED BY USPTO. THE COURT/JUDGE GRANTED ME THE USE OF THE DRAWINGS, BUT ON HIS FINAL OPINION, THE JUDGE NEITHER DISCUSS THE ILLUSTRATIVE DRAWINGS OF OR SEE THIS IN PRISENKNT OF THIS BASE, A VIOLATION USC113 USC 113 Drawing

**MOVING PARTY:**
☑ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** _____

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: **USDC SDNY**   **11 CIV 6187 (RMB**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is oral argument on motion requested?  ☑ Yes  ☐ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Signature of Moving Attorney:
_Offset_  Date: **11/07/12**  Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]
By SELF.

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080 (rev. 7-12)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                Plaintiff,

-against-

VERIFONE SYSTEMS, INC.,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/12

11 **CIVIL** 6187 (RMB)

**JUDGMENT**

Verifone Systems, Inc. ("Verifone") having moved for summary judgment, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on October 10, 2012, having rendered its Opinion and Order granting Verifone's motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 10, 2012, Verifone's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
      October 11, 2012

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

          **BY:**

                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____